UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| CHRISTOPHER T. HARE | : | CHAPTER 13 |
| AND | : | |
| KATHLEEN M. HARE | : | |
| | : | 15-16954 |

## DEBTORS' CHAPTER 13 PLAN

### I. PROPERTY AND FUTURE EARNINGS.

1. Debtors submit the following property and future earnings to the supervision and control of the Trustee:

> Future earnings: 60 monthly payments of $2,050.00.
> Other property:  None

### II. DURATION OF PLAN.

**1**. The payments shall be made by the debtors to the Trustee for a period of sixty (60) months.

### III. CLASSIFICATION AND TREATMENT OF CLAIMS.

**1. PRIORITY & ADMINISTRATIVE CLAIMS**:

The following priority and administrative claims will be paid in full through the Plan:

a) **TRUSTEE'S COMPENSATION**

b) **INTERNAL REVENUE SERVICE**

The allowed priority portion of the creditor's filed claim will be paid in full through this Chapter 13 Plan.

    **2. SECURED CLAIMS**:

        a)    <u>**WELLS FARGO HOME MORTGAGE**</u>

The following creditor is secured by a mortgage on debtors' residence. The allowed pre-petition claim for arrears will be paid in full through this Plan. Debtors will make all post-petition payments to this creditor directly outside of this Plan.

        b)    <u>**EXETER FINANCE CORPORATION**</u>

The following creditor is secured by a lien on debtors' 2014 Hyundai Elantra motor vehicle. Debtors shall pay the balance of the loan plus interest at the rate of 5.25% through their Plan for a total of $20,989.20.

    **3. EXECUTORY CONTRACTS/UNEXPIRED LEASES**

        a)    <u>**NONE**</u>

    **4. UNSECURED CLAIMS**:

    a)    All allowed unsecured claims shall share be paid *pro rata* at the anticipated total amount of such claims.

**IV. OTHER PROVISIONS.**

    1. The effective date of this plan will be the date of the order confirming the plan.

    2. Property of the estate will vest in the debtor at the time of confirmation of the plan, unless otherwise stated in the order confirming the plan.

Dated: <u>9-25-2015</u>        <u>/s/ Christopher T. Hare</u>
                              **CHRISTOPHER T. HARE**

Dated: <u>9-25-2015</u>        <u>/s/ Kathleen M. Hare</u>
                              **KATHLEEN M. HARE**

/S/ ALBERT J. SCARAFONE, JR.
ALBERT J. SCARAFONE, JR., ESQ.